**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEW HAMPSHIRE**

| | |
|---|---|
| **MOHAMMED ABDALLAH OMRAN,** ) | |
| ) | |
| **PLAINTIFF** ) | |
| ) | |
| v. ) | **CIVIL NO. 1:16-cv-05-DBH** |
| ) | |
| **JOSEPH LAPLANTE, ET AL.,** ) | |
| ) | |
| **DEFENDANTS** ) | |

**ORDER AFFIRMING RECOMMENDED DECISION
OF THE MAGISTRATE JUDGE**

On May 27, 2016, the United States Magistrate Judge filed with the court, with copies to the parties, his Recommended Decision Upon Screening Complaint Pursuant to 28 U.S.C. § 1915(e). The plaintiff filed an objection to the Recommended Decision on June 13, 2016. I have reviewed and considered the Recommended Decision, together with the entire record; I have made a *de novo* determination of all matters adjudicated by the Recommended Decision; and I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in the Recommended Decision, and determine that no further proceeding is necessary.

It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **ADOPTED**. The plaintiff's complaint is **DISMISSED** pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii). The plaintiff's request that I recuse myself is **DENIED** because there is no basis for a recusal.

**SO ORDERED.**

**DATED THIS 14TH DAY OF JUNE, 2016**

/s/D. Brock Hornby
**D. BROCK HORNBY
UNITED STATES DISTRICT JUDGE**